UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| CYPRUS AMAX MINERALS COMPANY,<br>Plaintiff-Appellee<br>v.<br><br>TCI PACIFIC COMMUNICATIONS, LLC,<br>Defendant-Appellant | Case No. 21-5038<br><br>(N.D. of OK No. 11-cv-252-CVE-CDL) |

**<u>INSTRUCTIONS:</u> WITHIN THE TIME PROSCRIBED IN THE COURT'S CASE OPENING LETTER FOR THE APPEAL OR OTHER PROCEEDING COUNSEL FOR A PARTY MUST EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for

TCI PACIFIC COMMUNICATIONS, LLC
[Party or Parties]

Appellant, in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☑ There are no such parties, or any such parties have already been disclosed to the court.

*s/ Paul D. Steinman*
Signature of Counsel

COZEN O'CONNOR
One Oxford Centre
301 Grant Street, 41st Floor
Pittsburgh, PA 15219
(412) 620-6544
Mailing Address and Telephone Number

psteinman@cozen.com
E-Mail Address

I hereby certify that a copy of this Entry of Appearance was served on May 13, 2021 via CM/ECF to counsel for all parties.

(*See* Fed. R. App. P. 25(b)) (Signature) *s/ Paul D. Steinman*